

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUL 18 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| NEBYOU SOLOMON, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> LAS VEGAS METROPOLITAN POLICE DEPARTMENT; et al., <br><br> Defendants - Appellees. | No. 23-4166 <br><br> D.C. No. 2:19-cv-00652-CDS-DJA <br> District of Nevada, <br> Las Vegas <br><br> ORDER |

Before: RAWLINSON, BUMATAY, and SANCHEZ, Circuit Judges.

Judges Rawlinson and Bumatay have voted to deny the petition for panel rehearing. Judge Sanchez voted to grant the petition for panel rehearing. The petition for panel rehearing (Dkt. No. 67) is therefore **DENIED.**